[No. 15292-4-II. Division Two. June 30, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. MARIA GOMEZ-VELAQUEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 91-1-00151-5, David R. Draper, J., entered August 1, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Alexander, J.

[No. 15165-1-II. Division Two. June 30, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD ALAN FELLAS, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 91-1-00048-3, Grant S. Meiner, J., entered July 12, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Alexander, J.

[No. 11597-6-III. Division Three. June 30, 1992.]

THE STATE OF WASHINGTON, *Appellant,* v. KEARY MORGAN JUDD, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-01603-1, Harold D. Clarke, J., entered April 30, 1991. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.